# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2053. ALBERS v. GEORGIA BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.**

The notice of appeal in this case designated that certain items be omitted from the record on appeal, and the appellee thereafter failed to file an appropriate designation of record asking that certain omitted items be included in the record. See OCGA § 5-6-42 ("[i]f the appellant designates any matter to be omitted from the record on appeal . . . , the appellee may, within 15 days of serving of the notice of appeal by appellant, file a designation of record designating that all or part of the omitted matters be included in the record on appeal"). After discovering its mistake, appellee filed a motion in this Court seeking to supplement the appellate record. We granted that motion and, on August 22, 2013, issued an order to the Clerk of the Fulton County Superior Court requiring it to supplement the record on appeal by transmitting to this Court copies of 16 specific items filed in the trial court. Our order identified those documents by name and by the "event number" given to each document by the Fulton County Clerk's office when it received those documents for filing.[1] As of this date, we have not received the supplemental record. And in the absence of that record, the parties have been unable to file their appellate briefs.[2]

---

[1] The names of each document and its event number was taken from the docket sheet for this case, as maintained by the Office of the Clerk of the Fulton County Superior Court.

[2] In the order granting the appellee's motion to supplement the record, we ordered the appellant to file an amended brief within ten days after the supplemental record was received in this Court, and ordered the appellee to file its brief within 20 days after the filing of appellant's brief.

The current case was docketed in this Court for the September 2013 term, which ends on March 31, 2014. Given the delay in briefing caused by the absence of the supplemental record, we will be unable to decide this case prior to the end of the term. Accordingly, this case is REMANDED to the Superior Court of Fulton County for completion of the record. The Clerk of the Superior Court of Fulton County is hereby ORDERED to supplement the appellate record in this case with the documents listed in this Court's order of August 22, 2013. The Clerk of the Superior Court of Fulton County is FURTHER ORDERED to transmit the supplemental record to this Court no later than thirty (30) days from the date of this Order. Upon receipt of the supplemental record, this appeal shall be re-docketed and the parties' briefs will be due as set forth in Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/18/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*